UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**ALFREDO PEREZ-DAVILA,**<br><br>Defendant. | CASE NO.:  22CR1545-JLS<br><br>**ORDER** |

**IT IS HEREBY ORDERED,** for good cause shown and for the reasons stated in the parties' joint motion, that: (1) preparation of a Presentence Report and Criminal History Report be waived; and (2) the Sentencing Hearing currently scheduled for November 18, 2022, at 9:00 a.m., be reset to September 9, 2022, at 9:00 a.m., before the Honorable Janis L. Sammartino.

**IT IS SO ORDERED**.

Dated: August 23, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge